UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY WEISSBROD GURVEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LIVE NATION ENTERTAINMENT, INC., *et al.*,<br><br>　　　　　　Defendants. | Case No. 25-cv-3257 (JMC) |

## ORDER

Plaintiff Amy Gurvey has not filed proof of service. The complaint was filed in this case on September 12, 2025. The 90-day deadline has long since passed. *See* Fed. R. Civ. P. 4(m). The Court warned Gurvey on February 4, 2026, that she had missed the deadline for service and ordered her to show cause as to why the case should not be dismissed for failure to serve. The Court gave Gurvey until February 18, 2026, to comply with that order. Gurvey has completely failed to respond. The Court therefore dismisses the complaint for failure to prosecute and failure to effectuate service. *See* Fed. R. Civ. P. 4(m); LCvR 83.23. This case is **DISMISSED**.

　　The Clerk of Court shall terminate this case.

　　This is a final appealable Order.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JIA M. COBB
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: March 6, 2026